FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT BRAKEFIELD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES GOVERNMENT,<br><br>　　　　　　　Defendant. | No.　2:17-CV-00285-SMJ<br><br>**ORDER DISMISSING CASE** |

On December 11, 2017, the Court issued an order directing Plaintiff to serve Defendant in this case on or before January 12, 2018. ECF No. 5. The Court warned Plaintiff that failure to effect service would result in the Court's dismissal of Plaintiff's case without prejudice. Plaintiff has not filed proof of service or otherwise responded to the Court's order.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

2. All pending motions are **DENIED AS MOOT.**

3. All hearings and other deadlines are **STRICKEN.**

4. The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of January 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2